IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TERESA MAGUIRE, | § § | |
| *Plaintiff,* | § § § | 5-21-CV-00098-JKP-RBF |
| vs. | § § | |
| ADOBE THOUSAND OAKS VENTURE, LP, | § § § | |
| *Defendant.* | § § | |

**ORDER**

Before the Court is the status above-referenced case, which was referred for resolution of all nondispositive pretrial matters. *See* Dkt. No. 4. The Court has authority to enter this Order pursuant to 28 U.S.C. § 636(b)(1)(A). As discussed further below, Plaintiff Teresa Maguire must timely and properly serve Defendant in accordance with Federal Rule of Civil Procedure 4 or this case will be subject to dismissal.

Plaintiff initiated this action against Defendant on February 1, 2021. *See* Dkt. No. 1. To date, however, it doesn't appear Plaintiff(s) has/have served Defendant. Federal Rule of Civil Procedure 4(m) provides, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

**IT IS THEREFORE ORDERED THAT** within **14 days** from the date of this Order, Plaintiff shall timely and properly serve each named Defendant and file proof of service in accordance with Federal Rule of Civil Procedure 4. Failure to timely and properly effect service may result in the dismissal of this case.

**IT IS SO ORDERED**.

SIGNED this 20th day of May, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE