IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERESA MAGUIRE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ADOBE THOUSAND OAKS ) <br> VENTURE, L.P., ) <br> d/b/a ADOBE CREEK, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> FILE No. 5:21-cv-98-JKP-RBF |

## STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE

COMES NOW the Plaintiff, Teresa Maguire ("Plaintiff"), by and through the undersigned counsel, and hereby files this Stipulation to Dismiss Complaint Without Prejudice.

Respectfully submitted this 7th day of June, 2021.

                                                    Respectfully submitted,

                                                    **KURZ LAW GROUP, LLC**
                                                    4355 Cobb Parkway, Suite J-285
                                                    Atlanta, GA 30339
                                                    www.kurzlawgroup.com
                                                    (404) 805-2494 Telephone
                                                    (770) 428-5356 Facsimile

                                                    By:  */s/ Dennis R. Kurz*
                                                         Dennis R. Kurz
                                                         Texas State Bar No. 24068183
                                                         dennis@kurzlawgroup.com
                                                   **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 7th day of June, 2021, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*[None on record]*

                                              */s/ Dennis R. Kurz*
                                              Dennis R. Kurz